# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2021

Bridget M. McCormack,
Chief Justice

162050

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

STEPHEN KANTOS,
        Plaintiff-Appellant,

v

SC: 162050
COA: 346680
Wayne CC: 14-003201-CK

LEONARD MAJOR, BARBARA MAJOR,
AQUA SHORES MARINA, AQUA SHORES
MANAGEMENT, INC., and SILVER SHORES,
INC.,
        Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the August 20, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2021



a0310

Clerk